FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARYL DANITA CARBY,<br><br>                        Plaintiff,<br><br>    v.<br><br>BARRACK HEISSEIN OBAMA, CENTRAL INTELLIGENCE AGENCY, and STATE OF FLORIDA,<br><br>                        Defendants. | NO. 2:26-CV-0042-TOR<br><br>ORDER DENYING MOTIONS |

BEFORE THE COURT are Plaintiff's Motion for Change of Venue (ECF No. 6) and Motion for Extension of Time to Serve (ECF No. 7).

The Court is confused by Plaintiff's motion to change venue as it is presented on a Ninth Circuit form for a motion for an extension of time and is filled out as such. Moreover, Plaintiff does not provide any information on where this matter should be transferred to. Therefore, the Court denies Plaintiff's motion.

Plaintiff additionally moves for an extension of time to serve the named

ORDER DENYING MOTIONS ~ 1

Defendants until March 31, 2026.  ECF No. 7.  Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a defendant after a complaint is filed.  Plaintiff filed the complaint for this matter on January 23, 2026, thus Plaintiff has until April 23, 2026 to serve Defendants, and Plaintiff's request is unnecessary.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

    1. Plaintiff's Motion for Change of Venue (ECF No. 6) is **DENIED**.

    2. Plaintiff's Motion for Extension of Time (ECF No. 7) is **DENIED**.

    The District Court Executive is directed to enter this Order and furnish a copy to Plaintiff

    DATED April 2, 2026.



             THOMAS O. RICE
          United States District Judge

ORDER DENYING MOTIONS ~ 2